IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR MARCOS COLLADO RIVERA, | : |
| Petitioner | : |
| v. | : Case No. 3:24-cv-19-KAP |
| MICHAEL UNDERWOOD, WARDEN, | : |
| F.C.I. LORETTO, | : |
| Respondent | : |

Memorandum Order

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 without a filing fee or motion to proceed *in forma pauperis*.

A motion to proceed *in forma pauperis* requires an affidavit that includes a statement of all assets the movant possesses and a statement that the person is unable to pay or give security for the necessary fees. 28 U.S.C.A.§ 1915(a)(1). For a prison inmate, the Prison Litigation Reform Act also requires the motion to proceed *in forma pauperis* to include a certified copy of the inmate's prison account statement for the last six months. *See* 28 U.S.C.§ 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

The Clerk will mark this matter administratively closed (that is not a dismissal of this action) until petitioner pays the filing fee or submits a motion to proceed *ifp* that complies with the PLRA.

    Also, in accordance with the case management system in place in this district, this case has been preliminarily assigned to me. If petitioner continues with this suit he shall complete an election form (enclosed) either consenting to jurisdiction by a Magistrate Judge (me) with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference back to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk when he pays the filing fee or files his motion to proceed *in forma pauperis*.

DATE: February 6, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Oscar Marcos Collado Rivera, Reg. No. 74603-061
F.C.I. Loretto
P.O. Box 1000
Cresson, PA 16630